# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Ramos,<br><br>    Plaintiff,<br><br>v.<br><br>Kohl's Department Stores Incorporated,<br><br>    Defendant. | No. CV-16-02965-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal without Prejudice. (Doc. 14.) For good cause shown,

**IT IS ORDERED** dismissing this case without prejudice.

Dated this 1st day of December, 2016.

_____
Douglas L. Rayes
United States District Judge